## CANNATA ET AL. *v.* CITY OF NEW YORK.

No. 163.   Decided October 8, 1962.

*Raphael H. Weissman* for appellants.

*Leo A. Larkin* and *Pauline K. Berger* for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.

MR. JUSTICE GOLDBERG took no part in the consideration or decision of this case.

## WAXMAN ET AL. *v.* VIRGINIA.

No. 274.   Decided October 8, 1962.

*Morris P. Glushien* for appellants.

*Robert Y. Button,* Attorney General of Virginia, and *Kenneth C. Patty* and *D. Gardiner Tyler,* Assistant Attorneys General, for appellee.

PER CURIAM.

The judgments are reversed. *San Diego Building Trades Council* v. *Garmon,* 359 U. S. 236.

MR. JUSTICE GOLDBERG took no part in the consideration or decision of this case.